**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6864**

ALEJANDRO DEJESUS HERNANDEZ,

Plaintiff - Appellant,

v.

THOMAS B. KENNEDY, (DEA) Alexandria Police Department;
ALEXANDRIA CITY HALL, Police Department,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Mark S. Davis, District
Judge. (2:11-cv-00029-MSD-FBS)

Submitted: September 13, 2011    Decided: September 16, 2011

Before AGEE, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alejandro Dejesus Hernandez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alejandro Dejesus Hernandez appeals the district court's orders dismissing without prejudice his civil rights complaint and denying his motion to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hernandez v. Kennedy, No. 2:11-cv-00029-MSD-FBS (E.D. Va. Jan. 24, 2011; May 25, 2011). We deny Hernandez' motion for summary reversal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED